UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-CV-80111-MIDDLEBROOKS

IN ADMIRALTY

IN THE MATTER OF:

PETITION OF GET WET WATERSPORTS INC., as titled owner of and for a 23' 2008 YAMAHA AR230, hull identification number YAMC1137G708, her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

    Petitioner.
_____/

## NOTICE OF PETITION FOR
## EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that Petitioner Get Wet Watersports Inc. ("Petitioner"), as titled owner of and for a 23' 2008 YAMAHA AR230, hull identification number YAMC1137G708, her engines, tackle, and appurtenances, (the "Vessel"), has filed a Petition claiming the benefit of exoneration from and/or limitation of liability according to law and pursuant to 46 U.S.C. § 30501 *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and the statutes supplemental thereto and amendatory thereof, and also contesting liability independently of the limitation of liability claimed in said Petition, for all claims for any injuries, loss, destruction, damage or injury occurring on or about June 10, 2017, in navigable waters at or near Riviera Beach, Palm Beach County, Florida, referred to in the Petition, and said Petition also stating the alleged facts and circumstances on which such exoneration from or limitation of liability is claimed.

All persons or corporations having claims arising out of the events mentioned above and as more particularly described in the Petition must present them as provided in Rule F of the

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, to the Clerk of this Court at the United States District Courthouse for the Southern District of Florida, located at 701 Clematis Street, Room 202, West Palm Beach, Florida 33401, and serve on or mail copies thereof to the Petitioner's attorney, COREN H. STERN, ESQUIRE, BRESSLER, AMERY & ROSS, P.C., 200 East Las Olas Blvd., Suite 1500, Fort Lauderdale, Florida, 33301, **on or before June 22, 2018**, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest the allegations of the Petition shall file and serve on counsel for Petitioner an Answer to the Petition on or before the aforesaid date unless the Claim includes an Answer so designated or be defaulted.

Dated at West Palm Beach, Florida, this 10 day of May, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:   Counsel of Record;
Coren H. Stern, Esq.
Bressler, Amery & Ross, P.C.
200 East Las Olas Blvd.
Suite 1500
Fort Lauderdale, Florida, 33301

2