**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO.:  9:18-cv-80111-DMM**

IN RE:

PETITION OF GET WET WATERSPORTS INC. as titled owner of and for a 23' 2008 YAMAHA AR230, hull identification number YAMC1137G708 her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

          Petitioner.                              /

## STATUS REPORT

Petitioner, GET WET WATERSPORTS INC.  (hereinafter "Petitioner"), as owner of a 23 2008 YAMAHA AR 230, hull identification number YAMC1137G708, her engines, tackle, and appurtenances, pursuant to Federal Rules of Civil Procedure 55(a) and (b)(1), hereby states as follows:

1. This is a statutory proceeding initiated by the Petitioner pursuant to Title 46, United States Code, § 30501 *et. seq*. ("Limitation Action"), claiming the right to exoneration from or limitation of liability for all claims arising out of an alleged accident which occurred on or about June 10, 2017, as more particularly described in the Petition for Exoneration From or Limitation of Liability ("Petition") filed in this case.

2. At the Court's direction, the Petitioner arranged for publication of the Clerk's Notice in the Daily Business Review in Palm Beach County successively for a period of four weeks commencing on May 23, 2018, May 30, 2018, June 6, 2018, and June 13, 2018.

3. Petitioner published the notice as specified in the Court's Order (ECF No. 4) and Supplemental Rule F(4), as evidenced in its Notice of Filing Proof of Publication and Compliance

with Court Order (ECF No. 8) with the verification by Joshua Henry, Legal Clerk for the Palm Beach Daily Business Review.

4. In addition, and pursuant to the Court's Order (ECF No. 4), copies of the Petition for Exoneration from or Limitation of Liability (ECF No. 1), Court Order Approving Ad Interim Stipulation and Directing Issuance of Monition and Injunction (ECF No. 4), and Notice of Petition for Exoneration From or Limitation of Liability (ECF No. 5) (collectively "Notice Documents") were sent on May 16, 2018, via regular U.S. mail, certified mail, and electronic mail to Dena Sisk Foman, Esquire and Richard J McAlpin, Esquire (as counsel to Heather Heinzerling). The deadline to file claims for potential claimants was June 22, 2018, and no claims have been filed in this action to date.

5. No other parties or potential claimants have contacted the undersigned with regard to filing a claim in this matter.

6. To date, there have been no requests by any potential claimants for an extension of time in which to answer, move, claim, or otherwise appear in this Limitation Action.

7. Accordingly, Petitioner will be filing a request that the Clerk enter a Certificate of Default in accordance with Federal Rules of Civil Procedure 55(a) and 55(b)(1) as soon as reasonably practicable.

Dated: September 5, 2018

Respectfully submitted,

*/s/Jonathan C. Schwartz*
Jonathan C. Schwartz, Esq.
Fla Bar No. 51540
**BRESSLER, AMERY & ROSS, P.C.**
200 E. Las Olas Blvd., Suite 1500
Fort Lauderdale, FL 33301
Phone: (954) 499-7979 | Fax: (954) 499-7969
Email: jschwartz@bressler.com
*Counsel for Petitioner Get Wet Watersports Inc.*

and

/*s/Troy J. Rillo*
Troy J. Rillo, Esq.
Florida Bar No. 0081582
**LAW OFFICE OF TROY J. RILLO, ESQ.**
19183 SE Jupiter River Drive
Jupiter, Florida 33458
Tel: (908) 906-5127
Email: t.rillo@me.com
*Co-Counsel for Petitioner Get Wet Watersports Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5th, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/*s/Jonathan C. Schwartz*