UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GET WET WATERSPORTS INC.

PLAINTIFF(S)

v.

,

DEFENDANT(S).

CASE NUMBER
9:18−cv−80111−DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Any and all potential claimants**

as of course, on the date September 13, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Autumn Sandoval*
Deputy Clerk

cc:  Judge Donald M. Middlebrooks
     Potential Claimants

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)