UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80111-CV-MIDDLEBROOKS

IN ADMIRALTY

IN RE:

PETITION OF GET WET WATERSPORTS INC. as titled owner of and for a 23' 2008 YAMAHA AR230, hull identification number YAMC1137G708 her engines, tackle, and her appurtenances, for Exoneration from or Limitation of Liability,

               Petitioner.                              /

**ORDER GRANTING FINAL DEFAULT JUDGMENT FOR EXONERATION FROM LIABILITY AGAINST ALL CLAIMANTS NOT FILING A CLAIM IN THIS ACTION**

THIS CAUSE comes before the Court upon Petitioner's Motion for Entry of Final Default Judgment for Exoneration from Liability against All Claimants Not Filing a Claim in this Action ("Motion"), filed October 10, 2018. (DE 12). Having considered the Motion and the file in this action, I find good cause to grant the relief requested. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Petitioner's Motion (DE 12) is **GRANTED**.

2. Final Judgment is hereby entered against all claimants who have not filed claims in this action. Petitioner is hereby exonerated from any responsibility, loss, damage or injury, from any and all claims arising out of the incident described in the Petition for Exoneration from or Limitation of Liability (DE 1).

3. The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 11th day of October, 2018.

                                                     Donald M. Middlebrooks
                                                     United States District Judge

cc: Counsel of Record